Jennifer B. Rubin, Esq.
e-mail: jbrubin@mintz.com
Michael S. Arnold, Esq.
e-mail: msarnold@mintz.com
Mintz, Levin, Cohn, Ferris,
 Glovsky and Popeo, P.C.
The Chrysler Center
666 Third Avenue,
New York, New York 10017
(212) 935-3000

*Attorneys for Defendant AVX Corporation*

08 CV 0934



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JUDAH WOLF,

                Plaintiff,

    -against-

AVX CORPORATION,

                Defendant.

-----------------------------------------------------------x

Index No. _____

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for AVX Corporation certifies that AVX Corporation has no parent corporation, and that Kyocera Corporation is a public corporation that owns 10% or more of its stock.