AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 1:08-CV-00934-WHP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Judah Wolf

I certify that I am admitted to practice in this court.

| 3/5/2008 | *[signature]* |
|---|---|
| Date | Signature |

Joel Bernstein, Solomon & Bernstein                    jb0268
Print Name                                              Bar Number

351 Broadway, Third Floor
Address

| New York | NY | 10013 |
|---|---|---|
| City | State | Zip Code |

| (212) 545-8611 | (212) 545-0238 |
|---|---|
| Phone Number | Fax Number |