AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN        DISTRICT OF        NEW YORK

## APPEARANCE

Case Number:  1:08-CV-00934-WHP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Judah Wolf

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/5/2008 | |
| Date | Signature |
| | Joel Bernstein, Solomon & Bernstein     jb0268 |
| | Print Name                 Bar Number |
| | 351 Broadway, Third Floor |
| | Address |
| | New York     NY     10013 |
| | City        State        Zip Code |
| | (212) 545-8611     (212) 545-0238 |
| | Phone Number             Fax Number |