AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

__Southern__                    DISTRICT OF                    __New York__

### APPEARANCE

Case Number: 08cv934 (WHP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

AVX Corporation

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/5/2008 | _[signature]_ |
| Date | Signature |
| | Jennifer B. Rubin          JR-3221 |
| | Print Name          Bar Number |
| | 666 Third Avenue |
| | Address |
| | New York          NY          10017 |
| | City          State          Zip Code |
| | (212) 935-3000          (212) 983-3115 |
| | Phone Number          Fax Number |