AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                              DISTRICT OF                              New York

**APPEARANCE**

Case Number: 08cv934 (WHP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

AVX Corporation

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/5/2008 | _[signature]_ |
| Date | Signature |
| | Michael S. Arnold     MA-8541 |
| | Print Name     Bar Number |
| | 666 Third Avenue |
| | Address |
| | New York     NY     10017 |
| | City     State     Zip Code |
| | (212) 935-3000     (212) 983-3115 |
| | Phone Number     Fax Number |