```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JUDAH WOLF                                           :
                                                  :      08 Civ. 934 (WHP)
                    Plaintiff,           :
                                          :      <u>SCHEDULING ORDER</u>
     -against-                                    :
AVX CORPORATION,                              :
                    Defendant.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

       Counsel for all parties having appeared before this Court for a pre-motion conference on March 7, 2008, the following schedule is established on consent:

1. Defendant shall serve and file its answer by March 20, 2008, and in so doing shall not waive its right to file a pre-answer motion;

2. The parties shall serve and file their respective motions by March 24, 2008;

3. The parties shall serve and file oppositions to the motions by March 31, 2008;

4. The parties shall serve and file replies by April 7, 2008; and

5. Defendants shall serve and file their replies by May 2, 2008.

The Court will decide the motions on the submissions.

Dated: March 7, 2008
       New York, New York

                                             SO ORDERED:

                                            WILLIAM H. PAULEY III
                                                  U.S.D.J.

*Counsel of record:*

Joel Bernstein, Esq.
Solomon & Bernstein
351 Broadway, Third Floor
New York, NY 10013
*Counsel for Plaintiff*

Jennifer Beth Rubin, Esq.
Mintz, Levin Cohn Ferris Glovsky & Popeo, P.C.
The Chrysler Center
66 Third Avenue
New York, NY 10017
*Counsel for Defendant*