Jennifer B. Rubin (JR 3321)
e-mail: jbrubin@mintz.com
Michael S. Arnold (MA 8541)
e-mail: msarnold@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY & POPEO, P.C.
Chrysler Center
666 Third Avenue,
New York, New York 10017
Tel:   (212) 935-3000
Fax:   (212) 983-3115

*Attorneys for Defendant AVX Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JUDAH WOLF,

                Plaintiff,

    -against-

AVX CORPORATION,

                Defendant.

------------------------------------------------------------x

Index No. 08 Civ. 934 (WHP)

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that upon the Declaration of Evan Slavitt, dated March 24, 2008, and Plaintiff's Verified Complaint, dated January 9, 2008, attached thereto, and Defendant AVX Corporation's Memorandum of Law in Support of its Motion to Dismiss or in the Alternative Transfer, and all prior pleadings and proceedings in this action, Defendant AVX Corporation, through its undersigned counsel, will move this Court for an order, pursuant to Fed. R. Civ. P. 12(b)(3), 28 U.S.C. §§ 1391(a), 1404(a), and 1406(a), dismissing Plaintiff's Verified Complaint because of improper venue or in the alternative transferring the action to the Middle District of Florida.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Order, dated March 7, 2008, answering papers, if any, must be served by March 31, 2008 and any reply memoranda of law must be served by April 7, 2008.

Dated: March 24, 2008
      New York, New York

                      MINTZ LEVIN COHN FERRIS
                      GLOVSKY and POPEO, P.C.

                      By: _____
                      Jennifer B. Rubin (JR 3321)
                      e-mail: jbrubin@mintz.com
                      Michael S. Arnold (MA 8541)
                      e-mail: msarnold@mintz.com
                      Chrysler Center
                      666 Third Avenue,
                      New York, New York 10017
                      Tel:   (212) 935-3000
                      Fax:  (212) 983-3115

                      *Attorneys for Defendant AVX Corporation*

To:    Joel Bernstein, Esq.
        Solomon & Bernstein
        351 Broadway, Third Floor
        New York, New York 10013

        *Attorneys for Plaintiff Judah Wolf*

4281237v.1