**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JUDAH WOLF

                    Plaintiff,                  08 **CIVIL** 0934 (WHP)

      -against-                        **JUDGMENT**

AVX CORP.,

                    Defendants.
-----------------------------------------------------------X

      Defendants having moved for dismissal, and the matter having come before the Honorable William H Pauley, United States District Judge, and the Court, on Jun 27, 2008, having rendered its Memorandum and Order granting defendant's motion for dismissal, dismissing the complaint, terminating all motions and closing the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's and Memorandum & Order dated Jun 27, 2008, defendant's motion for dismissal is granted, the complaint is dismissed and the case closed.

**Dated:**  New York, New York
           Jun 30, 2008

                                              **J. MICHAEL McMAHON**
                                                 Clerk of Court
                              BY:
                                                   Deputy Clerk

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 6/30/08]*

*[Stamp: THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____]*